FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BANDON FITNESS (TEXAS), INC., a Washington Limited Liability Company, | No. 2:23-CV-00107-SAB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| DDK FITNESS, LLC, a Washington Limited Liability Company; DYLAN TIPPS, in his individual capacity; KEVIN TIPPS, in his individual capacity; RICHARD GERARD, in his individual capacity; and ARTHUR GERARD, in his individual capacity, | |
| Defendants. | |

Before the Court is Plaintiff's Notice of Voluntary Dismissal of Case, ECF No. 15. Plaintiff moves the Court to dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Court finds good cause to accept the stipulation and close the case.

//

//

//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal of Case, ECF No. 15, is **ACCEPTED** and **ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **DISMISSED as moot**.

4. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 7th day of July 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2